ANTHONY ROBERTO, Appellant, *v.* THOMAS NIELSON, Respondent.

Argued March 16, 1942; decided April 23, 1942.

*Monroe J. Cahn* and *Maurice Falk* for appellant.

*Robert T. Hawthorne* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation. No opinion.

Concur: LEHMAN, Ch. J., FINCH, LEWIS and DESMOND, JJ. Dissenting: LOUGHRAN, RIPPEY and CONWAY, JJ.